JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL THURSTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FIRST BANKS, INC., a Missouri corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:17-cv-01782-JGB-KKx<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**<br><br>Complaint Filed: July 20, 2017<br>Trial Date: None<br>District Judge: Hon. Jesus G. Bernal<br>Courtroom: 1 (Riverside)<br>Mag. Judge: Hon. Kenly Kiya Kato<br>Courtroom: 3 or 4 (Riverside) |

The Court, having considered the Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) jointly filed by the parties, finds that this action shall be dismissed with prejudice. Each party is to bear her or its own fees and costs.

**IT IS SO ORDERED.**

Dated September 26, 2017

_____
Honorable Jesus G. Bernal
UNITED STATES DISTRICT JUDGE